

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HOWARD U. SHIELDS, III, | § | No. 08-23-00078-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th Judicial District Court |
| G. WHITFIELD, SR. WARDEN TEXAS STATE PRISON R. MAREZ, ASST. WARDEN TEXAS STATE PRISON G. SANMIGUEL, CORRECTIONS/SAFETY OFFICER INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, | § § | of Pecos County, Texas (TC# P-12492-112-CV) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of persecution. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.